Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

APR 0 8 2025

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

_Omel McLean_
_Your full name_

**FEDERAL TORT CLAIMS ACT COMPLAINT**

v.

Civil Action No.: _5:25-cv-79_
_(To be assigned by the Clerk of Court)_

_Bailey, Mazzone, Prince_

UNITED STATES OF AMERICA

### I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

### II.    PLAINTIFF

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.    Your full name: _Omel McLean_ Inmate No.: _43653-509_
Address: _FCI Hazelton   P.O. Box 5000_
_Bruceton Mills , West Virginia 26525_

### III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: _FCI Hazelton_

A.    Is this where the events concerning your complaint took place?
☑ Yes      ☐ No

**Attachment A**

If you answered "NO," where did the events occur?

_____

_____

_____

IV.    PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☑ Yes    ☐ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _Omel McLean_

Defendant(s): _United States of America_

_____

2.    Court: _Northern District of West Virginia_
       *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _5 : 24 – CV – 11_

4.    Basic Claim Made/Issues Raised: _deliberate indifference, lack of safety and protection, maltreatment cruel unusal punishment emotiona and mental Anquish_

5.    Name of Judge(s) to whom case was assigned: _Bailey (John Preston Bailey)_

6.    Disposition: _Dismissed without Prejudice_
       *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing lawsuit: _1-5-24_

Attachment A

8.    Approximate date of disposition. Attach copies: _5 - 20 - 24_

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _I Sought relief through administrative_ _remedies that was denied_

E.    Did you exhaust **ALL** available administrative remedies?
☑ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _I filed B8 Than a B9 Than a_ _B10 Than a B11 which was all denied — Than failed_ _to file SF-95 claim form on time before tort Claim_

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _Omel McLean_

Defendant(s): _United States of America_

**Attachment A**

2.    Name and location of court and case number: _Northern_ _District of west Virginia    5:24 - CV - 11_

3.    Grounds for dismissal:    □ frivolous        □ malicious
□ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _1-5-24_

5.    Approximate date of disposition: _5-20-24_

## V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☑ Yes        □ No

B.    If your answer is "YES," answer the questions below:

1.    Identify the type of written claim you filed: _personal injury_

2.    Date your claim was filed: _1/25/24_

3.    Amount of monetary damages you requested in your claim:
_$ 8,700,000 ⁰⁰_

4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I.    Date of the written acknowledgment: _April 5, 2024_
ii.    Claim Number assigned to your claim: _TRT-MXR-2024-04147_

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?    □ Yes        ☑ No

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

           _____

           _____

           _____

    2.    Identify the type of written claim(s) you filed: _____

           _____

    3.    Date your claim(s) were filed: _____

    4.    Amount of monetary damages you requested in your claim(s):

           _____

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _____

        ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
        ☐ Yes       ☑ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _____

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

## VI.    STATEMENT OF CLAIM

*State here, as* **BRIEFLY** *as possible, the* <u>facts</u> *of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: pertitioner gave medical staff at FCI Hazelton advance warning of medical condition and needs that was not given and ignored

Supporting Facts: Gave medical staff all medical record/package that accompanied petitioner from last three facilities And signed release for outside medical information (specialist) which is also part of petitioner sentencing minuets (medical condition)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
unknown medical practitioners, unknown nurses, unknown medical Doctors, unknown medical staff employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    □ Yes        ☑ No

If your answer is "YES," please explain: _____
_____
_____

CLAIM 2: When I became dabilitated medical staff failed to come to my aid ignoring calls from C.O. in a timely manner (over days) while in excruciating pain on the Floor unable to move also a safety issue

Supporting Facts: iNformation should be in call logs, medical/ emergancy Buzzer was Hit

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: unknown medical staff, unKnown Correctional officer Employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      ☑ No

If your answer is "YES," please explain: _____

CLAIM 3: When medical staff did arrive they did not treat situation Like emergance. The administered shot said would return and left pertitioner on floor and did not return

Supporting Facts: medical record of shot given

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: medical practitioner Byrd and unknown medical staff employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      ☑ No

---

**Attachment A**

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 4: When unit Cownsler arrived and saw petitioner in same condition informed medical that they had to come and get petitioner and had to be carried down stairs of unit to wheelchair not a gurney

Supporting Facts: Inmates who carried, medical practitioner Rice and unit Cownsler at the time

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
Unit Counsler and medical practitioner Rice.

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    □ Yes    ☑ No

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 5: When arrived at medical petitioner could not sit in wheel chair any longer due to pain and condition falling on floor unable to get up while waiting for doctor but was not taken to hospital

Supporting Facts: information should be in medical file

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Doctor Adams , Medical Practitioner SApp

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☑ No

If your answer is "YES," please explain: _____

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. Petitioner has permanent and partial paralysis constant pain persistant numbness in extremities and have to use a walker now to get around including the mental stress and anxiety that it could and will happen again along with being uprotected in a prison setting left helpless unable to protect on self.

## VIII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Accountability for what happen to petitioner and what was Not done so something like this does not happen again and delt with differently on how to treat inmates. i want compensatory damages of $3,700.000 also punitive damages of $5,000.000

CLAIM 6: When being examined by doctor he was amazed and shocked at the size both my legs had swollen up from being in same position for days on petitioners knees but not given anything for condition or unbearable pain

Supporting Facts: medical records and fact that legs swollen attest to being in same position for long period of time

Identify each federal employee whose actions form a basis for this claim, and state, the name of the federal angency that employs each such individual: Doctor Adams Employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred? ☐ Yes ☑ NO

CLAIM 7: After medical visit the staff wheeled petitioner out in front of medical building and left inmate unable to move A safety issue and more, an inmate saw

Petitioner sitting there and came to assist back to petitioner's unit

Supporting facts: inmate's can account for facts

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: unknown medical staff: Employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred? ☐ Yes ☑ NO

CLAIM 8: Because petitioners warning of medical conditions and needs was not met contributing to emergancy and was not taken care of in a timely manor petitioners condition became one that is worse and permanet because of that incident

Supporting Facts : petitioner records medical records, institution records

Identify each federal employee whose actions form a basis for this Claim, and state the name of the Federal agency that employs each such individual : Unknown medical staff Employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her Official duties at the time these Claims occurred ?. ☐ Yes ☑ NO

CLAIM 9: Petitioner was left on floor alone at times unable to move, go to showers go to bath room correctly defecating and urinating on self unable to go to main line (eat) which all are basic needs and not able to stand for census count which is mandatory and did not follow procedure that put petitioner at risk for safety.

Supporting facts: inmates and C.O. Census logs

Identify each federal employee whose action form a basis for this claim and state the name of the federal agency that employs each such individual : unknown Correctional officer's Employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred ? ☐ Yes ☑ No

CLAIM 10 : Reckless disregard and endangement of petitioners well being was violated by not being put in a Secure setting to be protected in a prison setting while immobile

Supporting facts : inmates witnessed medical records

Identify each Federal employee whose action Form a basis for this claim and state the name of the Federal agency that employs each such individual : unknown Correctional officer's Employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred ? ☐ Yes ☑ No

CLAIM 11. The Mental Stress and Anxiety of what happen to petitioner also knowing it can and most likely will happen again produce uncontrollable fear and post traumatic Stress disorder

Supporting facts : medical records, psychology records and open house records

Identify each federal employee whose action form a basis for this claim, and state the name of the federal agency that employs each such individual : Medical practioners and Corretional officers Employed by B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred ?
☐ Yes ☑ No

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____*FCI Hazelton*_____ on _____*3 - 18 - 25*_____ .

(Location)                                    (Date)

_____

Your Signature

**Attachment E**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Omel McLean_
_____
Your full name

v.                                                          Civil Action No.: _____

UNITED STATES OF AMERICA

## Certificate of Service

I, _Omel McLean_ (your name here), appearing _pro se_, hereby certify that

I have served the foregoing _Federal Tort Claim_ (title of document being sent)

upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

_3-18-25_ (insert date here):

(List name and address of counsel for the defendant)

United States Attorney office
For the Northern District
of West Virginia

_____
(sign your name)

---

_United States District Court_          25          _Northern District of West Virginia-2013_