Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

APR 2 2026

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Omel McLean
*Your full name*

FEDERAL TORTS CLAIM ACT
COMPLAINT

v.

Civil Action No.: 5:25-cv-79
*(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA

## I.   JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.   PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Your full name: Omel McLean   Inmate No.: 43653509
Address: Greenville FCI, P.O. Box 5000, Greenville, IL 62246

## III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: Greenville Federal Correctional Institution

A.   Is this where the events concerning your complaint took place?
☐ Yes   ☑ No

**Attachment A**

If you answered "NO," where did the events occur?
Hazelton Federal Correctional Institution
Bruceton Mills, West Virginia

## IV.  PREVIOUS LAWSUITS

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☑ Yes    ☐ No

B.  If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s): Omel McLean
Defendant(s): United States of America

2.  Court: Northern District of West Virginia
(If federal court, name the district; if state court, name the county)

3.  Case  Number: 5:24 -CV- 11

4.  Basic Claim Made/Issues Raised: deliberate indifference and negligence on part of staff and medical / the inaction and inadequate treatment, lack of safety also mental anguish

5.  Name of Judge(s) to whom case was assigned: Judge John Preston Bailey

6.  Disposition: Dismissed without Prejudice
(For example, was the case dismissed?  Appealed?  Pending?)

7.  Approximate date of filing lawsuit: 1-5-24

**Attachment A**

8.    Approximate date of disposition. Attach copies: _5 - 20- 24_

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _I Sought relief through all administrative_ _remedies that was denied_ _____

E.    Did you exhaust **ALL** available administrative remedies?
☑ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _I Filed B8, B9, B10,_ _B11 Than filed SF-95 claim_ _____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

**Attachment A**

2.   Name and location of court and case number: _____

_____

_____

3.   Grounds for dismissal:   ☐ frivolous      ☐ malicious
     ☐ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _____

5.   Approximate date of disposition: _____

V.   <u>ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA</u>

A.   Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
     ☑ Yes        ☐ No

B.   If your answer is "YES," answer the questions below:

1.   Identify the type of written claim you filed: _SF -95_____

2.   Date your claim was filed: __4- 5 - 24_____

3.   Amount of monetary damages you requested in your claim:
     _$ 8,700.000 .⁰⁰_____

4.   If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

     I.   Date of the written acknowledgment: _10- 22- 24___
     ii.  Claim Number assigned to your claim: TRT- MXR-2024-04147

C.   If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?     ☐ Yes       ☑ No

---

**Attachment A**

D.    If your answer is "YES," answer the questions below:

1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____
_____
_____

2.    Identify the type of written claim(s) you filed: _____
_____

3.    Date your claim(s) were filed: _____

4.    Amount of monetary damages you requested in your claim(s):

_____

5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

I.    Date of the written Acknowledgment: _____

ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
      ☐ Yes          ☑ No

1.    If you answered "YES," state the:

I.    Date you requested reconsideration: _____

ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

**Attachment A**

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: <u>Plaintiff arrived at Hazelton FCI on or about 3-10-22 at which time explained to medical staff care needed to treat his health conditions specifically his Severe spinal stenosis. Plaintiff believes the medical department inaction to provide (see Attachment Pg 1.</u>
Supporting Facts: <u>plaintiff gave medical records from specialist, previou Federal and State institution medical records including outside medical records showing treatment, equipment, medication and precautions to FCI Hazelton medical staff, FCI Hazelton records als</u>

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: <u>The unknown names of medical practitioners, nurses and Doctor's first seen during intake and or screening is in plaintiff medical file at Hazelton FCI. All employed by the F.B.O.P</u>

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes        ☐  No

If your answer is "YES," please explain: <u>These individuals were on duty at the time claim occurred</u>

CLAIM 2: <u>Plaintiff became debilitated on the Floor of his cell on 9-4-22 around 7AM medical staff was alerted by C.O. on duty. Medical failed to come and provide any assistance as plaintiff remained on the Floor in severe (See Attachment pg</u>

**Attachment A**

Supporting Facts: *The call logs, notifications of census logs and incident reports or duty logs. Plaintiff has list of inmates who witness including Eric Jackson and cell mate at time Kevin Hooks*

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: *The unknown name(s) of C.O. on duty will be on file with Hazelton FCI. Any medical staff that did not respond would also be on FCI Hazelton files for that day. All employ by F.B.O.P*

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☑ Yes      ☐ No

If your answer is "YES," please explain: *The individual(s) were on duty at the time claim occured*

CLAIM 3: *On 9-5-22 about 7am after plaintiff remained on floor he requested medical attencion again to anthor C.O. on duty who informed plaintiff that he made the call, No one came. The medical department knowledge of the situtation of (See Attached pg1.)*

Supporting Facts: *The call logs, notifications of census logs and incident reports or duty logs. Plaintiff has list of inmates who witness including Rashad Fraierson*

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: *The unknown name(s) of C.O. on duty will be on file with Hazelton FCI. Any medical staff that did not respond would also be on FCI Hazelton files for that day. All employed by F.B.O.P*

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☑ Yes      ☐ No

**Attachment A**

If your answer is "YES," please explain: The individual (s) were on duty at the time claim occurred

CLAIM 4: Two medical practitioner's arrived on 9-6-22 around 1:30 PM They did not examine plaintiff. Medical practitioner Bird stated she was going to administer injection but that the other inmates would have to pick up plaintiff (See Attachment Pg1

Supporting Facts: medical records will show date, time and injection given and other information thats relevent petitioner has names of inmates who witness including Walter Reed and Kevin Hooks

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Medical Practitioner Bird, unknown medical practitioner assistant whos name should be in Hazelton FCI institutional records

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☑ Yes        ☐ No

If your answer is "YES," please explain: The individuals were on duty at the time the claim occurred.

CLAIM 5: On 9-7-22 around 8AM the plaintiff unit counselor upon learning of being in same position on floor for days insisted medical attend to inmate. A female medical practitioner arrived alone around 9Am to move plaintiff with (See Attachment Pg2.)

Supporting Facts: Duty and call logs also incident reports from Hazelton FCI including medical records information. Plaintiff has numerous inmates witnesses account of being picked up and carried down flight of stairs in pain.

**Attachment A**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: *Unit Counselor Mossenburger, medical practioner rice, unknown name of C.O. on duty name is in Hazelton FCI Files. All are employed by F.B.O.P*

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☑ Yes      ☐ No

If your answer is "YES," please explain: *These individuals was on duty at the time the claim occurred*

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. *Plaintiff now has permanent and partial paralysis, neurology abnormalities, numbness in extremeties, inability to sit, stand and or walk, at times making plaintiff now need the usage of a walker, along with permanent pain issues and also PVD. All of this has now changed the Plaintiff's normal way of life for worse*

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
*I want Compensatory damages of #500,000.ºº and punitive damages of #370,000.ºº. I would also like changes to be made on how medical assestments and emergency are handle for inmates and accountability for what happen to me so this won't happen to others*

Attachment Pg 1.

Claim 1. Continuation : Plaintiff with the treatment needed or prepare for any issues that may arise which caused the failure to minimize or prevent the debilitating condition and injury that occurred on 9-4-22 an act of deliberate indifference and negligence on the part of medical department.

Claim 2. Continuation: pain. This failure to provide any standard of medical attencion or assesment caused the plaintiff to suffer undue duress, constituting deliberate indifference towards the plaintiff

Claim 3. Continuation: Plaintiff being immobilized and there continued inaction caused Plaintiff's conditions to become excerbated due to the medical department deliberate indifference to plaintiff

Claim 4. Continuation: and put in chair because she would not treat him on the floor, once injection was given plaintiff immediately fell back to floor. As the two medical practitioners were leaving plaintiff asked are you going to leave me like this, Bird stated "we'll be back," they nor anyone else returned. The failure of the two medical practitioners to examine or do follow up on plaintiff's condition caused the delay and denial of adequate treatment causing plaintiff condition's and injuries to become expanding due to there neglect and deliberate indifference

Attachment pg 2.

Claim 5. continuation: wheel chair.
Plaintiff had to be lifted up by several
inmates and carried down stairs causing
more pain. The failure to transport
Plaintiff and follow procedure and use
appropriately trained staff caused
plausable futher injury to the plaintiff
and excessive pain and suffering due to
negligence and deliberate indifference
on the part of the medical department.

Claim 6: on 9-7-22 around 10 am when
plaintiff reeched medical he immediately
fell on to floor no longer able to sit in
wheel chair due to the pain. When plaintiff
was taken to doctor he remained on floor
Doctor Adams asked what was wrong, Plaintiff
explained his condition, severe pain and
legs swelling from being on floor for days.
After plaintiff vitals was taken he asked
was he going to hospital Doctor Adams said
No that plaintiff would be going back to
Unit. Plaintiff asked could he be given
something for the unbearable pain and
was told no by Doctor Adams. Plaintiff
believes the failure to adequately treat
his conditions and not to request outside
medical services for plaintiff was a breech
of duty to provide a standard of care owed
to the plaintiff causing his conditions and
injuries to become permanent an act
of deliberate indifference and neglect
on the part of Doctor Adams.

Attachment pg 3.

Supporting facts : All medical records from that date are in medical records at Hazelton FCI

Identify each federal employee whose action form a basis for this claim, and state the name of the federal agency that employs each such individual ? Medical practitioner Rice, medical practitioner Sapp and Doctor Adams. All employed by F.B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred ?
☑ Yes ☐ NO
If your answer is "yes" please explain : The individuals were all on duty at the time this claim occurred

Claim 7 : When plaintiff was back in unit on 9-7-22 he was put in a cell on the lower floor, plaintiff at this time proped himself up between a locker and a wall in his cell to keep himself off the floor and upright due to his condition and so as to prevent his legs from continuing to swell and remained like this for days and continued to suffer from immense pain. This was deliberate indifferense towards the plaintiff by medical department and Corrections at Hazelton FCI

Attachment pg 4.

Supporting facts: change of cell is in Hazelton FCI records of inmate move. medical records of plaintiff's bunk assignment. done by unit Counselor. Witness by inmates and cell mate Kevin Hooks

Identify each federal employee whose action form a basis for this claim, and state the name of the federal agency that employs each such individual : Unit Counselor Mossenburger , unknown name(s) of C.O. on file with Hazelton FCI . All employed by F.B.O. P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred ?
☑ Yes   ☐ NO
If your answer is "yes" please explain: The individuals were all on duty at the time this claim occurred

Claim 8: Plaintiff believes due to the medical emergency that took place from 9-4-22 through 9-15-22 and the inaction on the Hazelton FCI staff including C.O.'s , Supervisior's , Lieutenant's Captain's , Assistant Warden and Warden that was made aware of this incident and allowing plaintiff to remain immobile on the floor and after forced to be

Attachment pg 5.

positioned imbetween a locker and wall for days instead of providing assistance which caused continued pain and suffering along with futher injury an act of deliberate indifference on there part.

Supporting Facts : All census logs that are taken for standing count are on record and incident reports. Plaintiff has all witnesses that are inmates information

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: The unknown names of correctional officer's and supervisors are on file with FCI Hazelton institutional records. All employed by the F.B.O.P

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred ☑ YES ☐ NO
If your answer is "yes" please explain: The individuals were on duty at the time claim occurred

Claim 9: Plaintiff believes due to these traumatic events that occurred from 9-4-22 to 9-15-22 and the Medical department along with the Correctional staff lack of urgency, adequate care and safety

Attachment pg 6.

precautions not taken including what plaintiff had to suffer through instead of FCI Hazelton staff seeking or providing assistance has now left plaintiff with emotional distress along with mental anguish due to the plausibility these events can easily happen again due to the neglect and deliberate indifference on the part of FCI Hazelton Corrections and medical department.

Supporting facts: Medical Records inmate witness accounts of events and Incident reports and cell logs/duty logs of dates claimed from FCI Hazelton

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual? The names of certain medical staff and Correctional staff during event are in FCI Hazelton records, Along with Doctor Adams, medical practitioner's Bird, RICE and unit counselor mossenburger.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred? ☑ Yes ☐ NO

Attachment pg 7.

IF your answer is "Yes," please explain: These individuals were on duty at the time claim occurred

**Attachment A**

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Greenville FCI_ on _3-30-26_ .
               (Location)                            (Date)

_____
Your Signature